UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

POWER TOOL SPECIALISTS, INC

V.                                  CA NO:   05-30192-MAP

BLACK & DECKER

ORDER

February 9, 2006

Pursuant to the provisions of Local Rule 4.1 and F.R. Civ. P. 4(m), the above captioned case is dismissed for failure of the plaintiff to file returns of service within 120 days of the filing of the complaint.

It is so ordered.

_____
MICHAEL A. PONSOR
U.S. DISTRICT JUDGE